# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KAMIKA MACKEY,**

    **Plaintiff,**

**v.**                                                                     **Case No:   6:19-cv-1921-Orl-31EJK**

**FAIRWINDS CREDIT UNION and
RASHEED KARIM ALLEN,**

    **Defendants.**

## ORDER

This matter came before the Court during a hearing held December 21, 2020, to consider the Report and Recommendation of the Grievance Committee (Doc. 71). Rasheed Karim Allen ("Respondent"), who is counsel for Plaintiff in this case, filed a Response to the report (Doc. 82) and appeared with counsel. Having considered the matter, the Court agrees with the Grievance Committee's conclusion that Respondent's conduct warrants the imposition of significant sanctions. Accordingly, it is

**ORDERED** that Respondent is placed on probation for a period of twelve months. During this period of probation, the following conditions and restrictions shall apply:

1. This matter will be referred to the Florida Bar for its consideration.

2. Respondent is prohibited from taking on any new cases in the Middle District of Florida, absent prior consent of this Court.

3. Respondent must make payments to Defendant of $450.00 per month, beginning January 15, 2021, and by the 15th day of each month thereafter until the sanction

amount of $5,530 is paid in full.   The Court waives the accrual of interest on the sanction.

4. Respondent shall comply with the provisions of paragraph 5 a-h of the Grievance Committee's recommendations at Doc. 71, pages 14-15, and report to the Court his compliance prior to the termination of probation.

5. Respondent shall report to the Court (in a miscellaneous docket to be opened) any show cause order issued against him by any court in the state of Florida.

6. For good cause shown, the Court may terminate this term of probation or convert the same into a suspension or disbarment.

The Clerk is directed to open a miscellaneous docket for this matter, assigned to the undersigned and United States Magistrate Judge Embry J. Kidd.   All future documents filed in connection with this sanction shall be filed in that docket.   In that docket, the Clerk shall file a copy of the Grievance Committee's Report, Respondent's Response, and this Order.   After opening the miscellaneous docket, this case shall be closed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 11, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party